■ FLAMINGO ASSOCIATES, Appellant, v RENT STABILIZATION ASSOCIATION OF NEW YORK CITY, INC., et al., Respondents. — Judgment of the Supreme Court, Kings County (Morton, J.), dated December 22, 1982, affirmed, with costs. No opinion. (We deem the notice of appeal to be a premature notice of appeal from the judgment.) Titone, J. P., Gibbons, Thompson and Rubin, JJ., concur.